UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD SPEARMAN,<br><br>Plaintiff,<br><br>v.<br><br>MARIE CALENDARS, et al.,<br><br>Defendants. | No. 2:25-cv-0177-DC-SCR (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 5) |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 17, 2025, the magistrate judge filed findings and recommendations herein, which were served on plaintiff and contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 5) are adopted in full; and

2. To proceed with this action, Plaintiff must pay the entire $405.00 filing fee within

1

thirty days from the date of this order; and

    3. Plaintiff is warned that his failure to pay the filing fee as required will result in a dismissal of this action.

IT IS SO ORDERED.

Dated: **November 3, 2025**

Dena Coggins
United States District Judge

2