UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD EDWARD SPEARMAN, | No. 2:25-cv-00177-DC-SCR (PC) |
| Plaintiff, | |
| v. | ORDER DISMISSING THIS ACTION |
| MARIE CALENDARS, et al., | |
| Defendants. | |

Plaintiff Reginald Edward Spearman, a former county inmate proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. On November 4, 2025, the court ordered plaintiff to pay the $405 filing fee for this action within thirty (30) days. (Doc. No. 6.) Plaintiff was cautioned that failure to pay the filing fee would result in dismissal. (*Id*. at 2.) Plaintiff has not paid the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed due to Plaintiff's failure to prosecute and pay the filing fee; and

/////
/////
/////
/////

1

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**December 28, 2025**__

Dena Coggins
United States District Judge

2